IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMERS MUTUAL INSURANCE OF NEBRASKA,<br><br>                Plaintiffs,<br><br>vs.<br><br>DEERE & COMPANY,<br><br>                Defendant. | 8:21CV234<br><br>**SECOND AMENDED<br>FINAL PROGRESSION ORDER** |

      THIS MATTER is before the Court on the parties' Joint Motion Extending Deadlines. (Filing No. 43.) The motion is granted. Accordingly,

      IT IS ORDERED that the provisions of the Court's previous progression order remain in effect and in addition to those provisions, progression shall be amended as follows:

1)     The trial and pretrial conference will not be set at this time. The status conference presently scheduled for October 4, 2022, is canceled. A **status conference** to discuss **case progression, the parties' interest in settlement, and the trial and pretrial conference settings** will be held with the undersigned magistrate judge by telephone on **December 29, 2022** at **1:00 p.m.** Counsel shall use the telephone conferencing instructions assigned to this case to participate in the conference. (Filing No. 10.)

2)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **December 30, 2022**.

      a.     The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 10.

      b.     Depositions will be limited by Rule 30(d)(1).

3)     The deadline for filing motions to dismiss and motions for summary judgment is **January 31, 2023**.

4)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **January 31, 2023**.

5)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6)       All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 26th day of September, 2022.

                                          BY THE COURT:

                                          s/ Susan M. Bazis  
                                          United States Magistrate Judge