IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMERS MUTUAL INSURANCE OF NEBRASKA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEERE & COMPANY,<br><br>　　　　　Defendant. | 8:21CV234<br><br>ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　　This case is before the Court on the parties' Stipulation for Dismissal with Prejudice signed by both parties. Filing 66. The parties seek dismissal of this case with prejudice and without costs or disbursements to any party. Accordingly,

　　　IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice, Filing 66, is granted, and this case is dismissed with prejudice and without costs or disbursements to any party.

　　　Dated this 6th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge